April 27, 2007

Ms. Deborah R. Sundermann
711 N. Carancahua, Suite 512
Corpus Christi, TX 78475

Mr. Geary Todd Taylor
Johanson & Fairless, L.L.P.
1456 First Colony Blvd.
Sugar Land, TX 77479
Honorable J. Manuel Banales
Judge, 105th District Court
901 Leopard, Ste. 802
Corpus Christi, TX 78401

RE: Case Number: 04-0914
 Court of Appeals Number: 13-04-00454-CV
 Trial Court Number: 03-CV-053

Style: IN RE CHRISTUS SPOHN HOSPITAL KLEBERG, CHRISTUS SPOHN HEALTH
 SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL KLEBERG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Martha I. |
| |Soliz |